# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Matthew Alan Jenkins **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant, | ) | 3:13-cv-00192-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| James T. Ward, Sr. and Linda Simpson**,** | ) | |
| | ) | |
| Appellee(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2014 Order.

March 31, 2014

Frank G. Johns, Clerk
United States District Court