UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-192-RJC

| | |
|---|---|
| In re: )<br>)<br>MATTHEW ALAN JENKINS, )<br>f/d/b/a SHEPHARD SERVICE CO., )<br>)<br>Debtor. )<br>_____ )<br>)<br>MATTHEW ALAN JENKINS )<br>)<br>Appellant, )<br>)<br>v. )<br>) <br>JAMES T. WARD SR., Trustee, and )<br>LINDA WRIGHT SIMPSON, U.S. )<br>Bankruptcy Administrator )<br>)<br>Appellees. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on the Judgement and Mandate of the United States Court of Appeals for the Fourth Circuit, (Doc. Nos. 13, 14), which reversed this Court's March 31, 2014 judgment, (Doc. No. 7), and remanded the case to this Court. Pursuant to the Fourth Circuit's decision in this case, this Court will **vacate** its previous order.

**IT IS, THEREFORE, ORDERED** that this Court's March 31, 2014 Order Affirming the Bankruptcy Court's decision, (Doc. No. 7), is **VACATED**, and this matter is **REMANDED** to the Bankruptcy Court for further proceedings consistent with the Fourth Circuit's decision.

Signed: November 30, 2015

Robert J. Conrad, Jr.
United States District Judge